Order issued September 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01543-CR

**ERIC GLENN BROWN, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **REINSTATES** this appeal.

On August 22, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received the brief. Thus, we **VACATE** the August 22, 2012 order requesting findings.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE